TONY WEST
United States Department of Justice
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director, District Court Section
SAMUEL P. GO
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
      P.O. Box 868, Ben Franklin Station
      Washington, DC 20044
      Telephone: (202) 353-9923
      Facsimile: (202) 616-8962
      E-mail: Samuel.Go@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JASPAL SINGH SANDHU, | Case No. CV 10-04005-~~EMC~~ TEH |
|     Plaintiffs, | |
| v. | |
| ALEJANDRO MAYORKAS, DIRECTOR USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, USDHS; U.S. DEPARTMENT OF HOMELAND SECURITY; ROBERT S. MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATIONS; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, | STIPULATION TO EXTEND DATES; AND [~~PROPOSED~~] ORDER |
|     Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about September 7, 2010. Defendants' response is due on November 15, 2010.

2. Defendants are in the process of adjudicating Plaintiff's application to adjust his status to that of a lawful permanent resident (Form I-485). On November 4, 2010, U.S. Citizen and Immigration Services scheduled Plaintiff for an interview for completion of his application, in accordance with 8 C.F.R. § 209.2(e). Plaintiff's interview is scheduled for December 14, 2010. The parties will also be involved in discussions that might resolve this matter without further litigation.

3. Therefore, the parties hereby respectfully ask this Court to a 60-day extension of time within which the Defendants must serve its response in the above-entitled action. Defendants will file their response on or before January 17, 2011.


Dated: November 08, 2010                     Respectfully submitted,

                                             TONY WEST
                                             Assistant Attorney General

                                             DAVID J. KLINE
                                             Director
                                             Office of Immigration Litigation
                                             District Court Section

                                             VICTOR M. LAWRENCE
                                             Principal Assistant Director
                                             Office of Immigration Litigation
                                             District Court Section

/s/ *Samuel P. Go*
SAMUEL P. GO
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

Date: November 12, 2010  /s/ *Robert Jobe* (with permission)
ROBERT B. JOBE

Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  11/19/10

Judge Thelton E. Henderson

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 12, 2010, a true copy of the foregoing STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER was filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing via e-mail to the following:

        Robert B. Jobe
        Law Office of Robert B. Jobe
        550 Kearny Street
        Suite 200
        San Francisco, CA 94108
        415-956-5513
        Email: bob@jobelaw.com

        /s/ *Samuel P. Go*
        SAMUEL P. GO
        Senior Litigation Counsel
        U.S. Department of Justice
        District Court Section
        Office of Immigration Litigation
        P.O. Box 868
        Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 353-9923
        Facsimile: (202) 616-8962
        E-mail: Samuel.Go@usdoj.gov