UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JASPAL SINGH SANDHU, | Case No. 3:10-cv-04005-TEH |
| Plaintiffs, | |
| v. | |
| ALEJANDRO MAYORKAS, DIRECTOR USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, SECRETARY, USDHS; U.S. DEPARTMENT OF HOMELAND SECURITY; ROBERT S. MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATIONS; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL, | [PROPOSED] ORDER |
| Defendants. | |

    For the reasons set forth in the Joint Stipulated Voluntary Dismissal, IT IS HEREBY ORDERED that the case is dismissed with prejudice.

Date:  01/13/2011



Judge Thelton E. Henderson

JOINT STIPULATED VOLUNTARY DISMISSAL
No. 3:10-cv-04005-TEH

4